In the Matter of the Claim of MILARD ROPER, Appellant, against H. C. BOHACK Co., INC., et al., Respondents.

WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted July 19, 1945; decided October 4, 1945.

*Milard Roper,* in person, for motion.

*Nathaniel L. Goldstein, Attorney-General (Isaac Frank* of counsel), opposed.

Motion dismissed on the ground that this court has no power to grant the relief prayed for.